UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT T. DODGE, III, | Civil No. 2:08-CV-481-CRD |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, a new hearing and a new decision. On remand, the ALJ will: 1) upon the expanded medical record, evaluate the severity of Plaintiff's impairments, singly and in combination; 2) further evaluate the opinion of Dr. Lui, and if necessary recontact to clarify the basis of his opinions; 3) in light of the expanded record, re-evaluate Plaintiff's credibility; 4) evaluate the lay witness evidence pursuant to Social Security Ruling (SSR) 06-3p; 5) re-asses

Plaintiff's residual functional capacity pursuant to SSR 96-8p; and 6) if necessary obtain supplemental vocational expert testimony to determine whether Plaintiff is capable of performing any other work existing in significant numbers in the national economy.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d)

DATED this 3rd day of December 2008.

Carolyn R. Dimmick
United States District Judge

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-3748
FAX:  (206) 615-2531
richard.rodriguez@ssa.gov

Page 2        ORDER - [2:08-C-481-CRD]